UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT BRAND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) | Civil Action No. H-08-00687 |
| SUPERIOR OFFSHORE INTERNATIONAL INC., LOUIS E. SCHAEFER, JAMES J. MERMIS, PATRICE CHEMIN,, ROGER D. BURKS, R. JOSHUA KOCH, E. DONALD TERRY, LEON CODRON, THOMAS B. COLEMAN, JAMES L. PERSKY, ERIC N. SMITH, | ) ) ) ) ) ) ) ) ) | JUDGE NANCY F. ATLAS |
| Defendants | ) | |

| | | |
|---|---|---|
| BILL KNOWLES, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) | Civil Action No. H-08-00722 |
| SUPERIOR OFFSHORE INTERNATIONAL INC., LOUIS E. SCHAEFER, JAMES J. MERMIS, PATRICE CHEMIN,, ROGER D. BURKS, R. JOSHUA KOCH, E. DONALD TERRY, LEON CODRON, THOMAS B. COLEMAN, JAMES L. PERSKY, ERIC N. SMITH, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. and J.P. MORGAN SECURITIES, INC. | ) ) ) ) ) ) ) ) ) ) ) ) | JUDGE NANCY F. ATLAS |
| Defendants | ) | |

|  |  |
|---|---|
| JEROME LAWRENZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>SUPERIOR OFFSHORE INTERNATIONAL INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., J.P. MORGAN SECURITIES, INC, LOUIS E. SCHAEFER, JAMES J. MERMIS, PATRICE CHEMIN,, ROGER D. BURKS, R. JOSHUA KOCH, E. DONALD TERRY, LEON CODRON, THOMAS B. COLEMAN, JAMES L. PERSKY, AND ERIC N. SMITH,<br><br>Defendants | Civil Action No. H-08-00987<br><br>JUDGE KENNETH M. HOYT |

## AGREED MOTION TO CONSOLIDATE RELATED CASES, DESIGNATE CAPTION FOR CONSOLIDATED CASES AND ENTER SCHEDULING ORDER

The following three securities class actions[1] are substantially similar cases pending against the same Defendants and asserting the same claims in connection with the same securities:

---

[1] There are two similar shareholder class action filed in Louisiana federal courts: (1) *Jennifer Ann Bechtel, individually and on behalf of all others similarly situated, v. Superior Offshore International, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., J.P. Morgan Securities, Inc., Louis E. Schaefer, James J. Mermis, Patrice Chemin, Roger D. Burks, R. Joshua Koch, E. Donald Terry, Leon Codron, Thomas B. Coleman, James L. Persky, Eric N. Smith*; Civil Action No. H-08-00687, in the Eastern District of Louisiana; and (2) *Ellen Brodsky, individually and on behalf of all others similarly situated, v. Superior Offshore International, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., J.P. Morgan Securities, Inc., Louis E. Schaefer, James J. Mermis, Patrice Chemin, Roger D. Burks, R. Joshua Koch, E. Donald Terry, Leon Codron, Thomas B. Coleman, James L. Persky, Eric N. Smith*; Civil Action No. 00400-RTH-CMH, in the Western District of Louisiana. Defendants are attempting to have these cases moved to this Court as well. If an agreement cannot be reached, then Defendants anticipate filing a motion to transfer venue.

1. *Robert Brand, individually and on behalf of all others similarly situated v. Superior Offshore International, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., J.P. Morgan Securities, Inc., Louis E. Schaefer, James J. Mermis, Patrice Chemin, Roger D. Burks, R. Joshua Koch, E. Donald Terry, Leon Codron, Thomas B. Coleman, James L. Persky, Eric N. Smith*; Civil Action No. H-08-00687 (Judge Nancy F. Atlas, filed Feb. 29, 2008); and

2. *Bill Knowles, individually and on behalf of all others similarly situated v. Superior Offshore International, Inc., Louis E. Schaefer, James J. Mermis, Patrice Chemin, Roger D. Burks, R. Joshua Koch, E. Donald Terry, Leon Codron, Thomas B. Coleman, James L. Persky, Eric N. Smith, Merrill Lynch, Pierce, Fenner & Smith, Inc., and J.P. Morgan Securities, Inc.*; Civil Action No. H-08-00722 (Judge Nancy F. Atlas, filed March 5, 2008).

3. *Jerome Lawrenz, individually and on behalf of all others similarly situated v. Superior Offshore International, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., and J.P. Morgan Securities, Inc., Louis E. Schaefer, James J. Mermis, Patrice Chemin, Roger D. Burks, R. Joshua Koch, E. Donald Terry, Leon Codron, Thomas B. Coleman, James L. Persky, Eric N. Smith,*; Civil Action No. H-08-00722 (Judge Kenneth M. Hoyt, filed March 31, 2008).

The Plaintiffs and the Defendants in these cases ("Movants") move to consolidate the securities class actions, to designate a caption for the consolidated cases, and to enter a scheduling order appropriate to the circumstances of the consolidated cases.

*Brand, Knowles* and *Lawrenz* are securities class actions governed by the Private Securities Litigation Reform Act of 1995 ("Reform Act"). The Reform Act contemplates the consolidation of all cases filed on behalf of "a class asserting substantially the same claim or claims arising under [the securities acts]." 15 U.S.C. § 78u-4(a)(3)(B)(ii). Under the Reform Act, any motion to appoint a member or members of the class as lead plaintiff(s) must be filed within 60 days after the publication or notice first announcing the filing of the class-action suit. 14 U.S.C. § 78 u-4(a)(3)(A)(i)(II). As notice was given on February 29, 2008, and lead-plaintiff motions must be filed by April 29, 2008. The Reform Act also provides that the class member(s) appointed as lead plaintiff(s) selects counsel for the class, subject to Court approval. 15 U.S.C. § 78u-4(a)(3)(B)(v). Thus, it is appropriate to hold the scheduling conference after class counsel has been approved by the Court so that the approved class counsel can participate at the hearing.

Accordingly, Movants request that:

1) All the pending securities class actions be consolidated under the following single caption:

| | |
|---|---|
| In re Superior Offshore International, Inc. Securities Litigation ) ) ) ) ) ) | Civil Action No. H-08-00687<br><br>JUDGE NANCY F. ATLAS |

2) Any subsequently filed cases raising the same or similar issues against all or some of the Defendants be automatically consolidated with these cases;

3) The Court vacate all scheduling conferences set in the cases consolidated with the first-filed action;

4) A consolidated amended complaint be filed within 60 days after any lead-plaintiff(s) and lead-counsel motion(s) are decided;

5) The Defendants, having hereby agreed to waive service of process in all cases, be required to move, answer, or otherwise plead only as to the consolidated amended complaint, with their response(s) thereto being due 45 days after its service upon them;

6) If Defendants choose to file a motion to dismiss the consolidated amended complaint, any opposition to that motion shall be due 45 days after the motion's filing;

7) Defendants be granted leave to file a reply no later than 30 days thereafter;

8) The Court set a new scheduling conference after appointment of lead plaintiff(s) and approval of lead counsel has occurred.

A proposed Order of Consolidation is attached.

Dated: April 8, 2008

Respectfully submitted,

_/s/ Paul R. Bessette_
Paul R. Bessette
Texas Bar No. 02263050
S.D. Bar No. 22453
Michael J. Biles
Attorney-in-Charge
Texas Bar No. 24008578
S.D. Bar No. 23146

Laura Moriaty
Texas Bar No. 24046478
S.D. Bar No. 585270
Yusuf Bajwa
Texas Bar No. 24047754
S.D. Bar No. 650026
AKIN GUMP STRAUSS HAUER & FELD LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-3911
Tel: 512.499.6250
Fax: 512.499.6290
COUNSEL FOR DEFENDANTS SUPERIOR
OFFSHORE INTERNATIONAL, INC., JAMES J.
MERMIS, ROGER D. BURKS, E. DONALD
TERRY

*Mark Manela with permission MJB*
Mark D. Manela
S.D. Bar No. 1821
MAYER BROWN LLP
700 Louisiana Street, Ste. 3400
Houston, TX 77002-2730
Tel: 713.240.4843
Fax: 713.238.4645
COUNSEL FOR DEFENDANTS MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.
AND J.P. MORGAN SECURITIES, INC.

*James Maloney with permission MJB*
James Edward Maloney
Danny David
BAKER BOTTS, LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Tel: 713.229.1234
Fax: 713.229.1522
COUNSEL FOR LEON CODRON,
THOMAS B. COLEMAN, JAMES L.
PERSKY AND ERIC N. SMITH

*Stephen Crain with permission /MJB*
Stephen B. Crain
Texas Bar No. 04994580
S.D. Bar No. 12499
Tony L. Visage
Texas Bar No. 00788587
S.D. Bar No. 17248
Douglas A. Daniels
Texas Bar No. 00793579
S.D. Bar No. 19347
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Ste. 2300
Houston, TX  77002
Tel: 713-223-2300
Fax: 713-221-1212
COUNSEL FOR DEFENDANTS LOUIS E.
SCHAEFER, JR., PATRICE CHEMIN AND
R. JOSHUA KOCH, JR.


*Thomas Bilek with permission MJB*
Thomas E. Bilek
THE BILEK LAW FIRM, LLP
808 Travis, Suite 802
Houston, TX 77002
Tel:  713.227.7720
Fax: 713.227.9404
COUNSEL FOR PLAINTIFF BILL KNOWLES


*Bill Federman with permission /MJB*
William B. Federman
S.D. Bar No. 21540
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK  73120
Tel:  405.235.1560
Fax:  405.239.2112
COUNSEL FOR PLAINTIFF ROBERT BRAND

*Roger Greenberg with permission TTS*
Roger B. Greenberg
Texas Bar No. 08390000
Thane Tyler Sponsel III
Texas Bar No. 24056361
SCHWARTZ, JUNELL, GREENBERG & OATHOUT, LLP
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010
Tel: 713.221.2337
Fax: 713.583.5448

Dennis J. Johnson
Jacob B. Perkinson
James F. Conway, III
Eben F. Duval
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060
COUNSEL FOR PLAINTIFF JEROME LAWRENZ

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ Michael J. Biles