IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE SUPERIOR OFFSHORE | § | |
| INTERNATIONAL, INC. | § | CIVIL ACTION NO. H-08-0687 |
| SECURITIES LITIGATION | § | |

## ORDER

It is hereby **ORDERED** that the Motion to Consolidate [Doc. # 57] is **GRANTED** to the extent that Ellen Brodsky v. Superior Offshore International, Inc., et al., Civil Action No. H-08-1297, is **CONSOLIDATED** into this civil action.

SIGNED at Houston, Texas, this **13th** day of **May, 2008.**

Nancy F. Atlas
United States District Judge