UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE SUPERIOR OFFSHORE INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 4:08-CV-00687 |
| | JUDGE NANCY F. ATLAS |
| CARY STIEBEL, On Behalf of Herself and All Others Similarly Situated, | Civil Action No. 08-1472 |
| Plaintiffs, | |
| V. | JUDGE KEITH ELLISON |
| SUPERIOR OFFSHORE INTERNATIONAL, INC., LOUIS E. SCHAEFER, JR., JAMES J. MERMIS, ROGER D. BURKS, R. JOSHUA KOCH, JR., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., and J.P. MORGAN SECURITIES, INC. | |
| Defendants | |

## ORDER

The Court, having considered Defendants' Motion to Consolidate, orders that:

*Stiebel v. Superior Offshore International, Inc. et al,* No. 08-1472, is consolidated with *In re Superior Offshore International, Inc. Securities Litigation,* No. 4:08-CV-00687.

SO ORDERED.

SIGNED this 22nd day of May, 2008

_____
Nancy F. Atlas
United States District Judge