UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE SUPERIOR OFFSHORE INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. H-08-0687 **(Consolidated)** |
| This Document Relates To: | |
| CARY STIEBEL, on behalf of herself and all others similarly situated, | CLASS ACTION |
| Plaintiff, | |
| vs. | JUDGE NANCY F. ATLAS |
| SUPERIOR OFFSHORE INTERNATIONAL, INC., LOUIS E. SCHAEFER, JR., JAMES J. MERMIS, ROGER D. BURKS, R. JOSHUA KOCH, JR., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., and J.P. MORGAN SECURITIES, INC. | |
| Defendants. | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

TO THE HONORABLE COURT:

Richard J. Arsenault hereby moves the Court on behalf of the law firms Neblett, Beard & Arsenault, Lockridge Grindal Nauen P.L.L.P., Mager & Goldstein LLP, and Zimmerman Reed, P.L.L.P. to approve their withdrawal as counsel for Cary Stiebel, one of the Plaintiffs in this consolidated action.

Pursuant to Local Rule 83.2, the law firms respectfully request that this Court enter an order allowing the firms to withdraw as counsel for Cary Stiebel in this action. Cary Stiebel and the Plaintiff class will continue to be represented in this case by the law firms of Kahn Gauthier

384217-1

Swick, LLC and Sadin Law Firm P.C., who have been appointed by the Court as lead and liaison counsel, respectively.  The firms' withdrawal as counsel, if granted, will not adversely affect the adequacy of representation of Ms. Stiebel or the Plaintiff Class.  Please remove the above-named firms from the docket and service list as counsel of record, along with their individual attorneys.

                            Respectfully submitted,

DATED:  September 18, 2008         **NEBLETT, BEARD & ARSENAULT**

By: /s/ Richard J. Arsenault
Richard J. Arsenault
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71301
Telephone: 318-561-2524
Facsimile:  318-561-2591

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Karen H. Riebel
Nathan D. Prosser
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone: 612-339-6900
Facsimile:  612-339-0981

**MAGER & GOLDSTEIN LLP**
Jayne Goldstein
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone:  954-515-0123
Facsimile:  954-515-0124

**ZIMMERMAN REED, P.L.L.P.**
Carolyn G. Anderson
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: 612-341-0400
Facsimile:  612-341-0844

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2008, a true and correct copy of the foregoing UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

By: /s/Richard J. Arsenault
     Richard J. Arsenault