# Paul Balanon

**From:** Visage, Tony [Tony.Visage@bgllp.com]
**Sent:** Tuesday, November 17, 2009 11:00 AM
**To:** paul.balanon@ksfcounsel.com
**Subject:** FW: Superior

Paul,

I have attached an email from Kurt Olsen, the lawyer that represents the Post Confirmation Equity Sub-Committee of the Debtor.

--Tony

**From:** Kurt Olsen [mailto:ko@klafterolsen.com]
**Sent:** Tuesday, November 17, 2009 10:46 AM
**To:** Visage, Tony
**Cc:** 'Jones, David R.'
**Subject:** Superior

Tony,

By this email I am confirming that the Plan Agent will not waive the attorney client privilege as plaintiffs in the pending securities class action have apparently demanded.

Kurt

Kurt B. Olsen
**KLAFTER OLSEN & LESSER LLP**
1250 Connecticut Ave., N.W., Suite 200
Washington, DC  20036
202/261-3553
202/261-3533 (fax)

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Klafter Olsen & Lesser LLP immediately at (202) 261-3553 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

**Exhibit E**