IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE SUPERIOR OFFSHORE INTERNATIONAL, INC. SECURITIES LITIGATION | § § § | CIVIL ACTION NO. H-08-0687 |

## ORDER

Pursuant to the parties' Stipulation of Dismissal [Doc. # 203], it is hereby

**ORDERED** that all claims against Defendant Superior Offshore Int'l, Inc. are **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 4th day of **January, 2011.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2008\0687DOCorp.wpd