UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re SUPERIOR OFFSHORE INTERNATIONAL, INC. SECURITIES LITIGATION | ) CIVIL ACTION NO. 08-cv-00687 <br> ) <br> ) JUDGE NANCY F. ATLAS <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF ATTORNEY SARAH C. BOONE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW Kim E. Miller, counsel of record for Lead Plaintiff and the Class in the above-captioned action, and respectfully requests that attorney Sarah C. Boone of the law firm of Kahn Swick & Foti, LLC be withdrawn from this case, by reason that as of April 6, 2011, Ms. Boone will no longer be associated with Lead Counsel firm Kahn Swick & Foti, LLC. The withdrawal of Ms. Boone will not delay these proceedings or prejudice any party as Lead Plaintiff and the Class in the Action will continue to be represented by the other attorneys appointed by the Court.

Dated: April 5, 2011            /s/ Kim E. Miller

Kim E. Miller, *pro hac vice*
Melissa R. Clark, *pro hac vice*
KAHN SWICK & FOTI, LLC
500 5th Avenue, Suite 1810
New York, NY 10110
Telephone: 212-696-3730
Facsimile: 504-455-1498

Lewis Kahn, *pro hac vice*
Paul S. Balanon, *pro hac vice*
Sarah Cate Boone, *pro hac vice*

KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 5, 2011.

                                      /s/ Kim E. Miller
                                      Kim E. Miller