IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE SUPERIOR OFFSHORE INTERNATIONAL, INC. SECURITIES LITIGATION | § § § | CIVIL ACTION NO. H-08-0687 |

## ORDER

Pursuant to the Notice of Withdrawal [Doc. # 206], it is hereby

**ORDERED** that Sarah C. Boone is **WITHDRAWN** as counsel for Lead Plaintiff Charles Ognar.

SIGNED at Houston, Texas, this **5**[th] day of **May, 2011.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2008\0687WithdrawCounsel.wpd